IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
Nominee for Homecomings
Financial Network, Inc.,**

**Plaintiff,**

**v.**

**TODD E. BROOKS and ANGELA
BROOKS,**

**Defendants.**                                          Case No. 04-CV-0856-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's motion for entry of default judgment of foreclosure. (Doc. 14.) On April 29, 2005, Plaintiff filed the present motion seeking to foreclose on the mortgage for Defendants' property at 4234 Breckenridge in Granite City, Illinois. (Docs. 1, 14.) On May 2, 2005, the Court entered a minute order "directing Plaintiff to submit a proposed order regarding its motion for default judgment. See page 12 of Electronic Case Filing User's Manual." (Doc. 16.) That minute order also stated that "[t]he terms of the proposed order must satisfy all notice and procedural requisites for obtaining the relief requested by Plaintiff." (Doc. 16.) To date, Plaintiff has yet to submit a proposed order to the Court. Therefore, the Court **DENIES** Plaintiff's motion for entry of judgment of foreclosure. (Doc. 14.) The Court **GRANTS LEAVE** to Plaintiff to refile its motion along with a proper

proposed order.  The Court **ADVISES** Plaintiff that should it fail to file a proper motion and proposed order by July 15, 2005, this Court will dismiss this action for failure to prosecute.

**IT IS SO ORDERED.**

Signed this 13th day of June, 2005.

/s/    David RHerndon
**United States District Judge**