IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
Nominee for Homecomings
Financial Network, Inc.,

Plaintiff,

v.

TODD E. BROOKS and ANGELA
BROOKS,

Defendants.                                             Case No. 04-CV-0856-DRH

### AMENDMENT TO JUDGMENT DECREE AND ORDER DIRECTING SALE OF MORTGAGED PROPERTY

**HERNDON, District Judge:**

On July 14, 2005, this Court entered a Judgment Decree and Order directing the sale of mortgaged property. (Doc. 20.) In that Decree and Order, the Court directed the U.S. Marshal for the Southern District of Illinois to conduct the judicial sale of the mortgaged property consistent with the provisions set forth therein.

That Decree is hereby **AMENDED** to provide that Fred Lappe of Intercounty Sales Corporation is appointed to conduct the judicial sale consistent

with the provisions set forth within the judgment as heretofore provided (Doc. 20.)

**IT IS SO ORDERED.**

Signed this 26th day of August, 2005.

<u>/s/     David RHerndon</u>
**United States District Judge**

2