IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC.,**
**NOMINEE FOR HOMECOMINGS**
**FINANCIAL NETWORK, INC.,**

**Plaintiff,**

**v.**

**TODD E. BROOKS AND**
**ANGELA BROOKS,**

**Defendants.**                                                  **No. 04-CV-856-DRH**

**ORDER APPROVING REPORT OF SALE AND DISTRIBUTION,**
**CONFIRMING SALE, AND ORDER FOR POSSESSION**

This cause comes to be heard on Plaintiff's motion for the entry of an order approving the Report of Sale and Distribution, confirming the sale of the mortgaged real estate that is the subject of the matter captioned above and described as:

LOT FOUR (4) IN SPOHR'S SUBDIVISION, A RESUBDIVISION OF TRACT "F" IN LONG LAKE SHORE ACRES, A SUBDIVISION IN SECTION 3, TOWNSHIP 3 NORTH, RANGE 9 WEST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF MADISON COUNTY, ILLINOIS IN PLAT BOOK 32 PAGE 18; EXCEPTING THEREFROM THE COAL, GAS, OIL, AND OTHER MINERAL RIGHTS CONVEYED, EXCEPTED OR RESERVED IN PRIOR CONVEYANCES, IF ANY; SITUATED IN THE COUNTY OF MADISON AND STATE OF ILLINOIS.  Commonly known as: 4234 Breckenridge, Granite City, IL 62040.  PIN: 17-2-20-03-16-401-004.

Due notice of said motion having been given, the Court having examined said report, and being fully advised in the premises, **FINDS**:

That the periods of redemption and reinstatement expired without same

having been made;

That this Court obtained personal jurisdiction over those defendants who are personally liable to the Plaintiff for the deficiency, if any, from said sale;

That all notices required by Section 1507(c) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. ch. 110, par. 15-1507(c)) were given;

That said sale was fairly and properly made;

That Frederick S. Lappe, hereinafter "Special Commissioner", has in every respect proceeded in accordance with the terms of this Court's Judgment;

That the successful bidder is entitled to a deed of conveyance and possession of the mortgaged real estate, and;

That justice was done.

**IT IS THEREFORE ORDERED:**

That the sale of the mortgaged real estate involved herein, and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's advances, fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved, ratified and confirmed;

That the proceeds of said sale were insufficient to satisfy the judgment;

That there shall be an IN REM deficiency judgment entered in the sum of ($31,015.23), with interest thereon as provided by statute against the subject property as provided by Section 1508(e) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat., ch. 110, par. 15-1508(e));

That any Special Right to Redeem, if applicable, pursuant to Section 1604 of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat., ch. 110, par. 15-1604), shall expire 30 days after entry of this order; and

That upon confirmation herein and upon request by the successful bidder, or its assigns, and provided that all required payments have been made pursuant to Section 15-1509(a) of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. ch. 110, par. 15-1509(a)) the Special Commissioner shall execute and deliver to the successful bidder, a deed sufficient to convey title.

**IT IS FURTHER ORDERED:**

That the successful bidder, or its assigns, is entitled to and shall have possession of the mortgaged real estate as of a date 30 days after entry of this Order, without further Order of Court, as provided in Section 15-1701 of the Illinois Mortgage Foreclosure Law (Ill. Rev. Stat. ch. 110, par. 15-1701);

That in the event possession is so withheld, the Sheriff of the county in which the subject real estate is located is directed to evict and dispossess Todd E. Brooks, Angela Brooks from the mortgaged real estate commonly known as 4234 Breckenridge, Granite City, IL 62040 without further Order of Court, and;

That there is no just cause for delay in the enforcement of or appeal from this order.

**IT IS SO ORDERED**.

Signed this 2nd day of December, 2005.

           /s/          David RHerndon
**United States District Court**